CASE NO. 3:23-cv-8

WILLIAM PRICE,
           Plaintiff

V.

ESTATE OF YVONNE K. PRICE,
EXECUTRIX, LAVERNE WHALEY,
           Defendant(s)

---

CIVIL ACTION TORT

---

William Price
FP-2118
SCI-Houtzdale
209 Institution Drive,
P.O. Box 1000,
Houtzdale, PA 16698-1000

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM PRICE,
        Plaintiff

vs.

Estate of Yvonne K. Price,
Executor Laverne Whaley,

        Defendant(s)

Civil Action
No. 3:23-cv-8

Federal Tort

## COMPLAINT

### I. Jurisdiction & Venue

1. Plaintiff is:

   William Price, a citizen of Pennsylvania, who currently resides at 209 Institutional Drive, P.O. Box 1000, Houtzdale, PA 16698.

2. Defendant(s) are:

   Estate of Yvonne K. Price, deceased of North Carolina, 201 Market St, Jacksonville, NC 28540.

   Executor Laverne Whaley, a resident of North Carolina, 449 Tradewinds Drive, APT E, Fayetteville, NC 28314-2497.

3. The Western District of Pennsylvania is an appropriate venue under 28 U.S.C. Section 1391 (b)(2), because it is where the events giving rise to this claim occured.

4. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

5. Domicile in this Commonwealth at the time when process is served.

## Statute of Limitations

6. Title 42 Pa. C.S.A. § 5532, Absence or Concealment: (a) General rule.— If, when a cause of action accrues against a person, he is without this Commonwealth, the time within the action or proceedings must be commenced shall be computed from the time he comes into or returns to this Commonwealth. If, after a cause has accrued

against a person, he departs from this Commonwealth and remains continuously absent therefrom for four months or more, or he resides within this Commonwealth under a false name which is unknown to the person entitled to commence the action or proceedings, the time of his absence or residence within this Commonwealth under such false name is not a part of the time within which the action or proceeding must be commenced.

## II. FACTS

7. In 1972, the plaintiff and Defendant, Yvonne K. Price lived at 111 Broad St, Scottdale, PA 15603

8. The plaintiff was (9) nine years old when the Defendant, Yvonne began fondling his penis outside his pants.

9. The fondling progressed and the Defendant began grabbing the plaintiff by the hips and pulled back and forth to force his penis in and out of her vagina while she was sitting on the bed. This went on for many months.

10. In 1973 plaintiff told his father what was happening to him and the Defendant was forced to move out of state.

11. In 2001, the plaintiff discovered that the Defendant had moved back to PA and he went and confronted her about the sexual abuse she did to him when he was 8 years old. The Defendant agreed to compensate and pay for mental health treatment for the harm she caused to the plaintiff.

12. However, A few days later the Defendant moved away and concealed her whereabouts from the plaintiff. The sisters would not tell the plaintiff of her whereabouts.

13. On June 22, 2022 plaintiff received notice that the Defendant, Yvonne K. Price had passed away.

14. On October 17, 2022 plaintiff discovered the Defendant's address from the North Carolina probate court.

15. Plaintiff, now aware that the estate of decedend, Defendant Yvonne K. Price is in probate; COMES FORTH Now, as a "Claimant" to which such estate is endebted to, and brings suit, timely and properly, this day.

16. As a result of the Defendants sexual assaults and Battery she perpatrated upon the plaintiff when he was nine years old, the plaintiff sexually offended another, was convicted and, spent 21 years in prison.

17. The plaintiff, has been placed in numerous psychiatric wards starting when he was 16 years old because of the sexual assaults and Battery he suffered by the Defendant.

18. As a result of the Defendants sexual assaults and Battery against him he has been diagnosed as suffering from, "Major Depressive Disorder, Recurrent episode; with Psychotic features F33.3; Antisocial Personality Disorder F60.2; Borderline Personality Disorder F60.3".

## III. LEGAL CLAIMS

19. SEXUAL ASSAULT AND BATTERY:

The Defendant, did with willful intent by forcible compulsion sexually assault the plaintiff and caused him to fear her if he did not comply to her demands, causing sever emotional and mental distress and violating his civil Rights.

20. GROSS NEGLIGENCE:

The Defendant, did with negligence and reckless disregard for the plaintiff's well being sexually assault him on numerous occasions when he was nine years old by forcible compulsion causing him severe emotional and mental distress, violating his civil Rights.

21. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS:

The Defendant did intentionally sexually assault the plaintiff on numerous occasions by forcible compulsion which prevented resistance to her demands, the abuse was so extreme and outrageous that it caused him to suffer mental illness to this day. The Defendant had no established right to sexually assault the plaintiff violating his Civil Rights.

## PRAYER FOR RELIEF

THEREFORE, plaintiff seeks the following relief:

22. Preliminary Injunction:

Pursuant to F.R.C.P. Rule 64. for the purpose of securing satisfaction of the judgment ultimately to be entered in the action are available under the circumstances and in the manner provided by the law of the state in which the district court is held, The plaintiff seeks preliminary, provisional Attachments against the Estate property of the decedent Defendant, Yvonne K Price located at 201 Market St. Jacksonville, NC 28540; and 114 Broad St. Scottdale, PA 15683;

23. Plaintiff seeks an order from the Court directing Executor Laverne Whaley to deliver the deeds to the Estate property to the Sheriff of the

6

Western District Court of Pennsylvania, Penn Traffic Building, RM. 208-318. Washington St, Johnstown, PA 15901.

24. Compensatory damages in the amount of $500,000.

25. Punitive damages in the amount of $500,000.

26. Attorney fees and costs of bringing this suit.

27. Plaintiff seeks a jury trial on all issues triable by jury.

28. Any such other relief as this Court deems necessary and proper.

29. Damages for delay.

Date: 1-10-2023

Respectfully Submitted:

William Price

William Price
FP 2118
SCI Houtzdale
209 Institutional Drive
P.O. Box 1000
Houtzdale, PA 16698

UNSWORN VERIFICATION

I, William Price, do hereby verify that the facts and statements set forth in the foregoing Complaint are true and correct to the best of my own personal knowledge, information and belief, and are being made subject to the penalties of 18 Pa. C.S.A. § 4904, (relating to unsworn falsification to authorities).

Date: 1-10-23

Respectfully Submitted,

*William Price*

William Price